United States District Court
Southern District of Texas
**ENTERED**
January 20, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ST. CROIX ENERGY, LLLP, | § | |
| | § | |
| Appellant, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-22-00041 |
| | § | |
| LIMETREE BAY SERVICES, LLC, *et al.*, | § | |
| | § | |
| Debtor-Appellees. | § | |

## ORDER

An emergency hearing is scheduled for 8:00-9:00 a.m. CST by video on January 21, 2022, to hear the pending expedited motion for a stay pending appeal, (Docket Entry No. 12). A zoom link will be separately sent.

SIGNED on January 20, 2022, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge